UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00469

**Christopher Miles,**
*Plaintiff,*

v.

**Bobby Clawson**
*Defendant.*

# ORDER

Plaintiff Christopher Miles, a former prisoner confined within the Texas Department of Criminal Justice (TDCJ), proceeding pro se, filed this civil-rights action pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love.

This proceeding was reopened in April 2023 on plaintiff's motion after his criminal proceedings were dismissed. Doc. 9. On October 2, 2023, the magistrate judge issued a report recommending that defendant's motion for summary judgment be granted and that this lawsuit be dismissed. Doc. 25.

A copy of this report was sent to plaintiff at his address via certified mail. The docket reflects that plaintiff received a copy of the report prior to October 12, 2023. Doc. 26. Plaintiff has neither filed objections to the report nor otherwise communicated with the court.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant's motion for summary judgment (Doc. 22) is granted. Plaintiff's lawsuit is therefore dismissed with prejudice. All motions pending in this civil action are denied.

*So ordered by the court on December 8, 2023.*

_____
J. CAMPBELL BARKER
United States District Judge